

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2014

No. 04-14-00711-CV

Peter J. **DRAGON**,
Appellant

v.

Charles E. **HARRELL** and Hollis R. Harrell,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 13-11-00232-CVK
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

The Appellant's Motion to Extend Time to File Notice of Appeal is moot because the notice of appeal is premature. See Tex. R. App. P. 27.1, 26.1. Appellant is instructed to notify this court when the trial court signs the final judgment.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court